LOUISE FREDERICK, ET AL

VERSUS

ST. CHARLES SURGICAL HOSPITAL,
LLC, ET AL

C/W

LOUISE FREDERICK WIFE OF/AND
STEVEN FREDERICK

VERSUS

ST. CHARLES SURGICAL HOSPITAL,
LLC, ET AL

NO. 24-C-526
 C/W 24-C-528

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 06, 2025

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
John J. Molaison, Jr., and Timothy S. Marcel

**DENIED WITHOUT REASONS**

**JJM**

**JGG**

**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/06/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

## 24-C-526
### C/W 24-C-528

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (District Judge)
Melissa M. Lessell (Relator)
T. Carey Wicker, III (Respondent)

Mark E. Kaufman (Respondent)
Thomas C. Wicker, IV (Respondent)

Michael S. Sepcich (Respondent)

### MAILED

Sean M. Casey (Respondent)
Attorney at Law
1 Sanctuary Bouelvard
Suite 202
Mandeville, LA 70471

Davida F. Packer (Respondent)
Attorney at Law
1100 Poydras Street
Suite 2950
New Orleans, LA 70163

Bryan J. Knight (Respondent)
Attorney at Law
201 St. Charles Avenue
Suite 3700
New Orleans, LA 70170

Casey B. Wendling (Relator)
Attorney at Law
755 Magazine Street
New Orleans, LA 70130